# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**RICKEY L. BURGESS**                                                              **PLAINTIFF**

**V.**                    **CASE NO. 3:18-CV-00223-JTK**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                    **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 17th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE