# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RICKY L. BURGESS**                                                                 **PLAINTIFF**

**V.**                            **CASE NO. 3:18-CV-00223-JTK**

**KILOLO KIJAKAZI[1], Acting Commissioner,**
**Social Security Administration**                                                   **DEFENDANT**

## ORDER

Before the Court is Petitioner's Supplemental Motion for Attorney's Fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1). (Doc. No. 35) Petitioner was previously granted $10,092.00, representing 25% of past-due benefits awarded to the main beneficiary. (Doc. No. 34). Subsequently, on April 11, 2022, Plaintiff received notices of award for two auxiliary beneficiaries in the amount of $24,000.00. (Doc. No. 35). Petitioner requests a total of $6,000.00 representing 25% of the auxiliaries' past-due benefit, and in accordance with the fee agreement entered into between Plaintiff and Petitioner. (Doc. No. 35). The Commissioner declines to assert a position on the reasonableness of Plaintiff's request, as she is not the true party in interest. (Doc. No. 36) After careful consideration, the Court finds that Plaintiff should be awarded reasonable attorney's fees.

The Court awards an attorney's fee of $6,000.00, representing 25% of the auxiliaries' past-due benefit. Despite the assignment of fees, any award must be payable to Burgess. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Therefore, payment by check to the order of the Plaintiff, in care of his attorney, will issue to Plaintiff's attorney.

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021.

Accordingly, the Supplemental Motion for Attorney's Fees pursuant (Doc. No. 35) is GRANTED. Plaintiff is awarded $6,000.00

SO ORDERED THIS 3rd day of May, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE